OPINION — AG — ** BOARD OF REGISTERED DENTISTS — INVESTIGATOR — EMPLOYMENT ** THE LEGISLATURE DID `NOT' INTEND TO BESTOW THE SAME POWERS AND AUTHORITY OF PEACE OFFICERS UPON INVESTIGATORS HIRED PURSUANT TO 59 O.S. 328.4 [59-328.4]; AND, THEREFORE, THE TERM "INVESTIGATOR" AS USED IN 59 O.S. 328.4 [59-328.4], IS NOT EQUIVALENT TO "PEACE OFFICER" AS DEFINED IN 21 O.S. 99 [21-99], FOR THE PURPOSE OF ENFORCING THE STATE DENTAL ACT. (SWORN OFFICER, LAW ENFORCEMENT, POWER OF ARREST, LICENSE) CITE: 21 O.S. 99 [21-99], 37 O.S. 512 [37-512] [37-512], 52 O.S. 153 [52-153], 56 O.S. 344 [56-344] [56-344], 59 O.S. 328.1 [59-328.1], 59 O.S. 512 [59-512] [59-512], 63 O.S. 2-101 [63-2-101](2), 63 O.S. 2-106 [63-2-106](K), 63 O.S. 2-501 [63-2-501], 64 O.S. 87 [64-87](C) 74 O.S. 360.13 [74-360.13] [74-360.13] (M. DENISE GRAHAM)